DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID R. RUIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1269

[September 17, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit; Edward Harold Merrigan, Judge; L.T. Case No. 02-1617CF10A.

Brett S. Chase of Chase Law Florida, P.A., St. Petersburg, for appellant.

No response from appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST, and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***